DAVID A. EDMONSON v. THOMAS SUMMERS.

**Judgment By Default—Surety—Pleading.**

> In a suit for a devastavit the petition neither alleges the amount of assets nor its sufficiency to pay off the debts sued for, but leaves the amount blank and refers to the appraisement and sale bills to show its sufficiency. Neither of these documents were filed as exhibits. **Held** that a judgment by default against the surety, the only party served with a summons, was void.

APPEAL FROM MONTGOMERY CIRCUIT COURT.

January 10, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

In this suit for a *devastavit* the petition neither alleges the amount of assets nor it's sufficiency to pay the debt sued for. The petition leaves the amount blank and refers to the appraisement and sale bills to show it's sufficiency. But neither of these documents was filed. The judgment by default against the surety, who was the only party served with a summons, was unauthorized by the record as presented to this court. The judgment is therefore apparently erroneous.

Wherefore, the judgment is reversed and the cause remanded for further proceedings.

*Reid,* for appellant.

*Hazelrigg & Winn,* for appellee.